UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = X
DERRICK M. JOHNSON, AKA DERRICK MUHAMMAD
JOHNSON,

**DeArcy Hall, J**
**Scanlon, MJ**

Plaintiff,

**FEDERAL COMPLAINT**

-AGAINST-

Docket No# _____ **26-cv-2158-LDH-VMS**

**GOOGLEPLEX** (HEADQUARTERS)'google'
-and- **INSTAGRAM** (headquarter), also
META (HEADQUARTERS)aka '**FACEBOOK**'
-And- JANE DOES 1-1000+ JOHN DOES 1-1000+
-And- '**Stopdeedtheft**' group/organization,
(all unknown and known participants as
Individuals, private citizens, entities,
Parties with or without interest),



RECEIVED
APR 13 2026
PRO SE OFFICE

Defendant(s)

= = = = = = = = = = = = = = = = = = == = = = = = = = = = X

# TO: ALL NAMED DEFENDANTS HEREIN

Plaintiff, **Derrick Muhammad Johnson** appearing Pro-Se
herein as individual party plaintiff, being duly sworn, depose
and say for its Complaint in support of a summons, alleged
claims against defendants as follows:

FIRST VIOLATION: The illegal use of public and social media to
create an public wide '..smear campaign against an innocent,
America citizen, namely plaintiff herein …..of alleged acts or
criminal acts that were not true, unsupportive and done so
deliberate and malicious intent and with intent to cause
irreparable harm…"[]

**SECOND VIOLATION**: That the defendant's failed to create a system or have in place a mechanism to prevent '….massive and social wide smear-campaign that would prevent such SLANDEROUS POSTINGS, UNTRUTHS, RECKLESS DISREGARD OF plaintiff's reputation and the harm and irreparable harm the actions would cause against an innocent citizen or person.

**THIRD VIOLATION OR CAUSE OF ACTION**: That the three giant social media outlets, namely, Google, Instagram and Facebook, all had failed to '….create, establish or have in place a mechanism to prevent this type of defamation of character, slander (causing emotional embarrassment and family fears of dangerous people retaliating on false claims, allegations and untruths, and other atypical unforeseen harms.

Plaintiff, Derrick M. Johnson, hereby alleges as follows:

## JURISDICTION AND VENUE

- Plaintiff brings this complaint under federal diversity jurisdiction pursuant to 28 USC Section 1331; 1332; there is a question of federal law and amount in controversy exceeds $ 75,000.00 dollars.

- Venue in this district is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions on which the claim is based in the Eastern District of New York.

# PARTIES INVOLVED

- That at all time hereinafter mentioned, plaintiff **Derrick M. Johnson** was and still is resident and has conducted business and has residence in New York, County of Nassau and he resides is located 970 Hillman Avenue, West Hempstead, New York (but was recently evicted in violation of the automatic stay of a bankruptcy that is pending in the United States Bankruptcy Court, Eastern District of New York) [using email address **LLWRINGS1@YAHOO.COM**]

- That at all-time hereinafter mentioned, defendant **Googleplex-Headquarters,** 1600 Amphitheatre Parkway, Mountain, Ca 94043, a giant social media platform who has over 2 Billion subscribers, followers, and worldwide reach with its platform that can expand every day, and its failure to put in place mechanisms to prevent false and damaging and untruths information on to its platform against private citizens that causes irreparable harm and injury to reputation and lives.

- That at all times hereinafter mentioned, the defendant **Instagram Headquarters,** a giant social media platform, and defendant in this case herein whose located at Menlo Park Ca, USA 1 Hacker Way, 94025, has been conducted business within in the United States, a social media Giant, a business that has over 2 Billion followers or more (worldwide social media service).

- That at all times hereinafter mentioned, the defendant **Meta (FACEBOOK) Headquarters**, also participated in the social media smear campaign against plaintiff whose offices are located at 1 Hacker Way, Menlo Par, CA 94025, a giant platform social media services the entire world and failed to install or put in place mechanisms to prevent the '….lack of fact check…' or other preventative measures that should protect private citizens from '….**smear campaigns,** slanders, defamation of character and other libel and untruths statements, actions and allegations against private citizens.

- That

I. THE HISTORY AND PURPOSE OF SOCIAL-MEDIA PLATFORMS:

**Social media platforms serve multiple purposes, includi ng facilitating communication, fostering community enga gement, enabling content sharing, and supporting market ing efforts.**

i- **Communication and Connectivity**: Social media platforms allo w users to connect with friends, family, and communities across the globe. They provide a space for real-time interaction, enabling users to share updates, though its, and experiences easily.

ii- **Content Creation and Sharing**: Users can create and share various forms of content, including text, images, videos, and live streams. That the prepared or generated content generated fosters creativity and allows individuals and o rganizations to express themselves and engage with their audience.

iii- **Networking and Community Building**: Social media facilitat es the formation of networks and communities based on sha red interests, professions, or goals. Users can join grou ps, follow pages, and participate in discussions, enhanci ng their sense of belonging and collaboration.

iv- **Information Dissemination**: Social media serves as a prima ry channel for news and information sharing. It allows us ers to stay informed about current events, trends, and to pics of interest, often in real-time.

v- **Marketing and Brand Awareness**: Businesses leverage social m edia for marketing purposes, using targeted advertising a nd engagement strategies to reach their audience. This he lps increase brand visibility, drive traffic, and generat e leads.

**Activism and Awareness Raising:** Social media platforms empower users to raise awareness about social issues, mobilize support for causes, and engage in activism. They provide a voice for individuals and groups advocating for change.

II- FEDERAL COMPLAINT AND CAUSES OF ACTION:

1. That on or about several months ago, upon information and belief, plaintiff was informed that '....social media has publish a smear campaign against him..', of untruths, lies, defamation of character in a large broadcasting of over 1 Billion users that viewed these slanderous allegations of untruths.

2. That none of those allegations, false claims, actions and or other defamation or slanderous allegations or videos, and other untruths were '....fact-check...', and these social media platforms failed to protect the rights and reputation of the citizens.

3. That these defendants named herein are held responsible for the defamation of character to the highest level of disregard of the truth, and cause irreparable harm, injury and damages to plaintiff's life, family embarrassment, religious community since plaintiff is a practicing muslim of the FAITH, and these giant social media platforms allowed, permitted and aide in the total destruction of

plaintiff's reputation by failing to have in place a mechanism that would cease and desist any and all defamatory statements, videos, allegations, untruths, slanders, libel and '…..private citizens rights….', due process.

4. That the defendants' all three social media platforms, namely, **GOOGLE, INSTAGRAM AND FACEBOOK,** all failed to have in place, or install a mechanism to prevent ill-postings and slanderous statements, videos, pictures of citizens that would cause atypical hardship, and now plaintiff herein can no longer survive as a citizen of this country, a citizen, law abiding, African America muslim man, has lost all opportunities to the pursue of happiness at this point in his life.

5. Upon information and belief, those illegal posting came form a group of unknown persons, numbering over 500+ people who are claiming '….stopdeedtheft…', and placed plaintiff's face on social media, google, facebook, Instagram with malicious intent to cause massive injury to plaintiff's reputation and injury of embarrassment to his family and religious community as a muslim.

6. That plaintiff has never been involved in any deed theft of any kind and never committed any such deed theft or stolen anything regard a deed.

7. That no '…fact checking were done…', and the social media platform giants knew or should of know, by its massive reach the depths '…failed to have installed such mechanism to prevent this type of constitutionally deprivation against private citizens in a massive social media machine…'

8. Plaintiff's constitutional rights were violated by the defendants and unknown others.

9. Plaintiff's rights to protect his name and reputation and is family, his sons, and mother and kinfolk, people of all walks of life, friends, relatives, schools that plaintiff's children attends all are reading this damaging falsehood that was perpetuated by unknown others who had posted these lies, untruths and damaging images and statement against the plaintiff with malicious intent to cause maximum damage and injury.

10. Plaintiff was constitutionally prejudiced by the inactions of the defendants' and failure to have in place

the proper mechanisms to prevent the upload false claims against the plaintiff in a large-scale platform.

11.     Upon information and belief, unknown persons connected with the '….stopdeedtheft….', posted untruths, posted lies, and pictures and upon information and belief these evil people have an account with Instagram and facebook and google in order to '….POST HATE, LIES, DAMAGING UNTRUTHS AND CLAIMS THAT NEVER HAPPENED, against private citizens and that the social medial giants failed to check for its authenticity of the postings.

12.     Plaintiff can no longer seek employment.

13.     Plaintiff can no longer seek to continue its business.

14.     Plaintiff can no longer provide meaningful provisions for his family, is five sons, this community, his loved ones.

15.     Plaintiff can no other protect his family from the world sharing these defamed statements while in school, travel, neighbors, and other places.

16. Plaintiff's entire life and reputation is all he has and it was destroyed by '…hate…', with malicious intent to cause MAXIMUM DAMAGE AND INJURY.

17. That plaintiff now suffers from anxiety, fears, sleep and his family safety, deprivation, schools and fault rumors as a result of this '…massive smear campaign against plaintiff….', by unknown parties who took advantage of the social media platforms and its weak preventative measures to '….maintain a check and balance of rights of citizens..' that can ultimately cause mental health issues.

18. That the psychological and physiological concerns that this massive defamation can cause and has caused for plaintiff and his family, his religious community and his way of livelihood has been affected.

19. That a demand for a cease and desist be immediate placed in effect 'shutting down those who are using the social media to smear plaintiff's name and image.

20. Plaintiff's face and image has been placed in social media platforms connecting him to crimes that he did not commit or never was arrested for by these unknown persons connected to Vira Jones and the '…stopdeedtheft..' group.

21. That this entire smear campaign has caused financial and sociological setbacks to the point whereas plaintiff cannot even borrow funds to feed himself or seek gainful or meaningful services or employment.

22. The defendants' failed to create a mechanism to prevent such illegal and constitutional deprivations.

23. The defendants' in reckless disregard, knew or should of known that there are possibilities that '….smear campaigns will exist on innocent citizen..', unlike politicians, regular citizens should not be brandished with falsehood and untruths in open social media that would cause such massive injury to the reputation of common folks.

24. That the plaintiff is now guilty in the eyes of the public at large, guilty in the eyes of all those who carries a smart phone and view these articles of untruths.

25. That based upon public opinion, plaintiff is guilty.

26. No evidence of such to proof or can prove plaintiff's guilt but only the massive smear and defamation orchestrated by unknown groups, unknown persons connect with the '…stopdeedtheft group…', and Vira Jones herself.

27. That damages to the plaintiff would be overwhelmingly severe because of the length of time these falsehood and untruths be circulation for months.

28. That the plaintiff also reverses his rights to seek mental health profession for the purpose of healing and also his family.

**WHEREFORE, your deponent respectfully prays for an order granting this complaint and the damages in a non-jury trial or virtual trial settings being in fear of a public trial, a bench trial would be requested and damages in the amount of 100 Million Dollars and punitive damages in the sum of $ 50 Million dollars and to clear plaintiff's name in a written statement from defendants and further relief this court may deem just, proper and equitable.**

**Date: March 31st 2026**

**Queens County, New York**          /s/

Derrick M. Johnson
**Mailing:35 Tulip Avenue**
**Postal General Delivery**
          Floral Park, NY 11001
Mobile: 646-377-4204

**VERIFICATION**
**I, Derrick M. Johnson, appearing pro-se herein, being duly sworn, depose and states under the penalties of perjury, 28 USC 1746, that the foregoing is true and correct and as to matters based upon information and belief, the deponent believes to be true to the best of my knowledge.**

Date: March 30 2026

D. M. Johnson, Pro-Se

Notary

JACQUES P. HILAIRE
NOTARY PUBLIC. State of New York
No. 01HI5C04192
Qualified in Nassau County
Term Expires Nov. 9. 2026



stopdeedtheft ·

stopdeedtheft 9w
Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there homes and savings. He frequents auctions in all 5 boroughs. He lives in NJ and come in to New York to committ his crimes. CALL The Police if you see him anywhere!!

♡ 25   💬 2   ⇨

January 9



 Facebook · Evangeline Byars
2 reactions · 2 months ago   ⋮

🎖️🎖️ **Derrick Muhammed Johnson is a career criminal who has done 17 ...**

Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there ...

Missing: ~~derek~~ ~~mohammed~~

 Instagram · stopdeedtheft
20+ likes · 2 months ago   ⋮

🎖️🎖️ **Derrick Muhammed Johnson is a career criminal who has done 17 ...**

Age/Gender/Race: 30/Male/Black Arrest Date: 03/09/2026. Charges: 1. Assault with a Deadly Weapon Inflicting Injury 2. Assault on a Female 3.

Facebook · Evangeline Byars
2 reactions · 2 months ago ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there ...

Missing: derek mohammed

Instagram · stopdeedtheft
20+ likes · 2 months ago ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Age/Gender/Race: 30/Male/Black Arrest Date: 03/09/2026. Charges: 1. Assault with a Deadly Weapon Inflicting Injury 2. Assault on a Female 3.

Missing: derek mohammed

Facebook · Evangeline Byars
10+ reactions · 2 months ago ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there homes ...

Missing: derek mohammed

🔍 derek mohammed johnson

**f**   Facebook · Evangeline Byars
     2 reactions · 2 months ago     ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there ...

Missing: ~~derek mohammed~~

**⊙**   Instagram · stopdeedtheft
     20+ likes · 2 months ago     ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Age/Gender/Race: 30/Male/Black Arrest Date: 03/09/2026. Charges: 1. Assault with a Deadly Weapon Inflicting Injury 2. Assault on a Female 3.

Missing: ~~derek mohammed~~

**f**   Facebook · Evangeline Byars
     10+ reactions · 2 months ago     ⋮

 Derrick Muhammed Johnson is a career criminal who has done 17 ...

Derrick Muhammed Johnson is a career criminal who has done 17 years in prison for armed robbery! He is now scamming seniors out of there homes ...

Missing: ~~derek mohammed~~

🔍 **derek mohammed johnson**

**MEMORANDUM OF LAW**

**IN SUPPORT OF PLAINTIFF'S SUMMONS, COMPLAINT, AND DEMAND FOR DAMAGES**

### I. PRELIMINARY STATEMENT

Plaintiff respectfully submits this Memorandum of Law in support of his Summons and Complaint seeking compensatory and punitive damages arising from Defendants' role in facilitating, amplifying, and failing to prevent the widespread dissemination of false and defamatory statements.

This case arises from a coordinated smear campaign in which Plaintiff was falsely accused of criminal conduct and publicly exposed to millions through Defendants' platforms. The harm is profound, ongoing, and irreparable.

Defendants are not passive intermediaries. Rather, they are active participants in the dissemination and monetization of harmful content through algorithmic amplification and engagement-driven systems.

## II. LEGAL STANDARD FOR LIABILITY AND DAMAGES

Plaintiff is entitled to damages where he establishes:

1. Defendants published false statements of fact

2. The statements were defamatory

3. Fault amounting to at least negligence

4. Resulting damages

Under **Gertz v. Robert Welch, Inc.**, private individuals are entitled to recovery upon a showing of negligence.

False accusations of criminal conduct constitute **defamation per se,** entitling Plaintiff to presumed damages.

### III. ARGUMENT

### A. DEFENDANTS ARE LIABLE FOR DEFAMATION

Defendants published and amplified false statements accusing Plaintiff of criminal conduct.

Such statements:

- are false

- are defamatory per se

- were widely disseminated

Defendants acted negligently and with reckless disregard by failing to verify or remove such content.

### B. DEFENDANTS ARE LIABLE FOR NEGLIGENCE AND GROSS NEGLIGENCE

Defendants owed a duty to users to implement reasonable safeguards.

Under **Palsgraf v. Long Island Railroad Co.**, liability arises where harm is foreseeable.

It is foreseeable that:

- viral false accusations

- amplified to massive audiences

would cause severe reputational and economic harm.

Defendants breached that duty by:

- failing to implement adequate moderation
- prioritizing engagement over safety
- failing to act after notice

## C. DEFENDANTS' CONDUCT WARRANTS PUNITIVE DAMAGES

Punitive damages are appropriate where conduct demonstrates:

- willful disregard
- reckless indifference
- conscious avoidance of harm

Defendants:

- knowingly operate systems that amplify harmful content
- profit from viral dissemination
- underinvest in user safety

This conduct rises to the level warranting punitive damages.

## D. SECTION 230 DOES NOT BAR DAMAGES

Defendants may assert immunity under 47 U.S.C. § 230.

However, immunity does not apply where Defendants materially contribute to unlawful content.

As recognized in:

- **Fair Housing Council v. Roommates.com**
- **Force v. Facebook, Inc.**

Defendants:

- amplified content
- promoted visibility
- monetized engagement

Such conduct constitutes active participation, not passive hosting.

## E. PLAINTIFF IS ENTITLED TO COMPENSATORY DAMAGES

Plaintiff has suffered:

**1. Economic Damages**

- loss of employment
- loss of income
- diminished earning capacity

**2. Reputational Damages**

- public humiliation
- loss of standing

**3. Emotional Damages**

- anxiety
- distress
- fear

Under defamation per se, damages may be presumed.

**F. PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES**

Defendants' conduct demonstrates:

- reckless disregard for truth
- systemic indifference to harm
- profit-driven amplification of defamatory content

Punitive damages are necessary to:

- deter future misconduct
- punish wrongful conduct

**G. DAMAGES ARE SUBSTANTIAL AND JUSTIFIED**

Plaintiff seeks:

- $100,000,000 in compensatory damages
- $50,000,000 in punitive damages

Given the scale of dissemination and severity of harm, such damages are justified.

**POINT V — DAMAGES ARE SUBSTANTIAL, JUSTIFIED, AND WARRANT FULL RECOVERY**

Plaintiff's damages are substantial and supported by both legal precedent and the extraordinary facts of this case.

## A. DEFAMATION PER SE WARRANTS PRESUMED DAMAGES

The false accusations of criminal conduct constitute defamation per se. Under **Gertz v. Robert Welch, Inc.**, Plaintiff is entitled to presumed damages without the need for precise quantification.

## B. SCALE OF DISSEMINATION MULTIPLIES HARM

Unlike traditional defamation cases, the harm here was amplified through Defendants' global platforms, reaching a massive audience.

The scale of dissemination materially increases the severity of harm and justifies substantial damages.

## C. ECONOMIC AND REPUTATIONAL LOSS

Plaintiff has suffered:

- loss of employment opportunities

- diminished earning capacity

- permanent reputational injury

Such losses are ongoing and significant.

## D. EMOTIONAL DISTRESS DAMAGES

Plaintiff has experienced severe emotional distress, recognized under **Howell v. New York Post Co.**, including anxiety, fear, and psychological harm.

## E. PUNITIVE DAMAGES ARE NECESSARY FOR DETERRENCE

Defendants' conduct demonstrates reckless disregard for Plaintiff's rights.

Defendants operate profit-driven systems that incentivize amplification of harmful content, thereby creating foreseeable risk of severe harm.

Punitive damages are necessary to:

- punish misconduct

- deter future violations

- ensure accountability

## 🌀 F. DAMAGES ARE PROPORTIONAL AND CONSTITUTIONALLY SOUND

Under **BMW of North America, Inc. v. Gore,** punitive damage must be reasonable relative to harm.

Here, the requested damages are justified by:

- the scale of harm

- the permanence of digital defamation

- the financial capacity of Defendants

---

## 🌢 CONCLUSION (ADD THIS LINE)

The damages sought are not speculative, but are grounded in the extraordinary scale of harm, the permanence of digital dissemination, and the necessity of deterrence against systemic, profit-driven misconduct.

---

## IV. CONCLUSION

Plaintiff has established:

- Defendants' liability

- substantial harm

- entitlement to compensatory and punitive damages

Accordingly, Plaintiff respectfully requests that this Court:

1. Enter judgment in Plaintiff's favor

2. Award compensatory damages

3. Award punitive damages

4. Grant such other relief as deemed just and proper

## TABLE OF AUTHORITIES

### CASE LAW

- Gertz v. Robert Welch, Inc.

- New York Times Co. v. Sullivan

- Palsgraf v. Long Island Railroad Co.

- Fair Housing Council v. Roommates.com

- Force v. Facebook, Inc.

- Zeran v. America Online, Inc.
- Howell v. New York Post Co.

**STATUTES**

- 47 U.S.C. § 230
- 28 U.S.C. § 1331
- 28 U.S.C. § 1332

**RULES**

- Fed. R. Civ. P. 8
- Fed. R. Civ. P. 12
- Fed. R. Civ. P. 54

**NOTE**: Plaintiff hereby reserve its constitutional rights to amend its' pleadings on the basis of new facts, changes in laws, and additional damages subsequent any discovery.

//_____

Derrick M. Johnson

**Date: April 10ᵗʰ 2026**

# MASTER EXHIBIT INDEX (FOR FILING)

**EXHIBIT INDEX (A–M).**   *(Attach behind complaint / TRO packet)*

| | Exhibit Title | Description | Purpose |
|---|---|---|---|
| A | Screenshots of Defamatory Posts | Images/posts falsely accusing Plaintiff of "deed theft" | Core proof of defamation |
| B | URLs / Links Printout | Direct links to posts across platforms | Authentication + traceability |
| C | Profile Pages of Posters | Accounts tied to "StopDeedTheft" actors | Identify originators |
| D | Timeline Summary | Chronological log of postings and spread | Shows escalation + pattern |
| E | Notice to Platforms | Emails/messages sent to Meta/Google requesting removal | Shows notice + failure to act |
| F | Platform Responses (or lack thereof) | Any replies or silence | Establishes negligence |
| G | Search Results Pages | Google search results showing defamatory content | Proof of amplification |
| H | Engagement Metrics | Likes, shares, comments, views | Demonstrates reach + viral spread |
| I | Witness Statements | Statements from individuals who saw posts | Corroboration |
| J | Employment Impact Evidence | Job denials, lost opportunities | Economic damages |
| K | Medical / Psychological Impact | Anxiety, distress documentation (if available) | Emotional damages |
| L | Identity Verification Documents | Proof Plaintiff is not involved in alleged crime | Rebuttal of false claims |
| M | Comparative Incidents | Evidence of similar harm to others | Pattern & practice |

## 📄 PART 2 — EXHIBIT TAB LABEL FORMAT (USE THIS EXACTLY)

Each exhibit should begin with a cover page:

## EXHIBIT A

### Screenshots of Defamatory Posts

Submitted in support of Plaintiff's Complaint and Emergency Application for Temporary Restraining Order.

👉 Repeat same format for **A–M**

## PART 3 — EVIDENCE IMPACT SUMMARY (1 PAGE — VERY POWERFUL)

### 📄 EVIDENCE IMPACT SUMMARY

Plaintiff submits documentary evidence establishing:

1. **Defamation Occurred (Exhibits A, B, G)**
   False accusations of criminal conduct widely disseminated.

2. **Defendants Amplified Harm (Exhibits G, H)**
   Algorithms promoted and expanded reach.

3. **Defendants Had Notice (Exhibit E)**
   Plaintiff notified platforms of harm.

4. **Defendants Failed to Act (Exhibit F)**
   No meaningful intervention occurred.

5. **Severe Harm Resulted (Exhibits J, K)**
   Economic loss, emotional distress, reputational damage.

6. **Pattern Exists (Exhibit M)**
   Similar harm has occurred to others.

This evidence establishes likelihood of success on the merits and irreparable harm supporting immediate injunctive relief.

# MASTER EXHIBIT INDEX (FOR FILING)

**EXHIBIT INDEX (A–M).**   *(Attach behind complaint / TRO packet)*

| Exhibit | Title | Description | Purpose |
|---|---|---|---|
| A | Screenshots of Defamatory Posts | Images/posts falsely accusing Plaintiff of "deed theft" | Core proof of defamation |
| B | URLs / Links Printout | Direct links to posts across platforms | Authentication + traceability |
| C | Profile Pages of Posters | Accounts tied to "StopDeedTheft" actors | Identify originators |
| D | Timeline Summary | Chronological log of postings and spread | Shows escalation + pattern |
| E | Notice to Platforms | Emails/messages sent to Meta/Google requesting removal | Shows notice + failure to act |
| F | Platform Responses (or lack thereof) | Any replies or silence | Establishes negligence |
| G | Search Results Pages | Google search results showing defamatory content | Proof of amplification |
| H | Engagement Metrics | Likes, shares, comments, views | Demonstrates reach + viral spread |
| I | Witness Statements | Statements from individuals who saw posts | Corroboration |
| J | Employment Impact Evidence | Job denials, lost opportunities | Economic damages |
| K | Medical / Psychological Impact | Anxiety, distress documentation (if available) | Emotional damages |

| Exhibit | Title | Description | Purpose |
|---|---|---|---|
| L | Identity Verification Documents | Proof Plaintiff is not involved in alleged crime | Rebuttal of false claims |
| M | Comparative Incidents | Evidence of similar harm to others | Pattern & practice |

## 📑 PART 2 — EXHIBIT TAB LABEL FORMAT (USE THIS EXACTLY)

Each exhibit should begin with a cover page:

### EXHIBIT A

### Screenshots of Defamatory Posts

Submitted in support of Plaintiff's Complaint and Emergency Application for Temporary Restraining Order.

👉 Repeat same format for **A–M**

## PART 3 — EVIDENCE IMPACT SUMMARY (1 PAGE — VERY POWERFUL)

### 📄 EVIDENCE IMPACT SUMMARY

Plaintiff submits documentary evidence establishing:

1. **Defamation Occurred (Exhibits A, B, G)**
   False accusations of criminal conduct widely disseminated.

2. **Defendants Amplified Harm (Exhibits G, H)**
   Algorithms promoted and expanded reach.

3. **Defendants Had Notice (Exhibit E)**
   Plaintiff notified platforms of harm.

4. **Defendants Failed to Act (Exhibit F)**
   No meaningful intervention occurred.

5. **Severe Harm Resulted (Exhibits J, K)**
   Economic loss, emotional distress, reputational damage.

6. **Pattern Exists (Exhibit M)**
   Similar harm has occurred to others.

This evidence establishes likelihood of success on the merits and irreparable harm supporting immediate injunctive relief.

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DERRICK M. JOHNSON, AKA DERRICK MUHAMMAD JOHNSON, <br><br> *Plaintiff(s)* <br><br> v. <br><br> GOOGLEPLEX (HEADQUARTERS)'google' -and- INSTAGRAM (headquarter), also META (HEADQUARTERS)aka 'FACEBOOK' -And- JANE DOES 1-1000+ JOHN DOES 1-1000+ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GOOGLEPLEX (HEADQUARTERS)'google'
-and- INSTAGRAM (headquarter), also
META (HEADQUARTERS)aka 'FACEBOOK'
-And- JANE DOES 1-1000+ JOHN DOES 1-1000+
-And- 'Stopdeedtheft' group/organization,
(all unknown and known participants as
Individuals, private citizens, entities,
Parties with or without interest),

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DERRICK M. JOHNSON, PRO-SE
35 TULIP AVENUE
FLORAL PARK, NY 11001
GENERAL DELIVERY
POST OFFICE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___  .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*


                                                    _____
                                                        *Printed name and title*



                                                    _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DERRICK M. JOHNSON,

**(b)** County of Residence of First Listed Plaintiff   QUEENS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO-SE
35 TULIP AVENUE, FLORAL PARK, NY 11001

## DEFENDANTS

GOOGLEPLEX, INSTAGRAM, META (FACEBOOK)

County of Residence of First Listed Defendant   UNKNOWN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*                Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
PUBLIC UTILITY SLANDER, FAILURE TO PROTECT PRIVATE CITIZEN, DEPRIVATION, LIBEL, PUBLIC INJURY, DEFAMATION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| | |
|---|---|
| DATE   APRIL 10TH 2026 | SIGNATURE OF ATTORNEY OF RECORD   *Derrick M Johnson*   646-377-4204 |

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____